```
                  UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF MISSISSIPPI
                        NORTHERN DIVISION


CURTIS D. KNIGHT, 398502                               PLAINTIFF

VS.                             CIVIL ACTION NO. 3:13CV258TSL-JMR

GLORIA PERRY, ET AL.                                  DEFENDANTS
```

<u>ORDER</u>

This cause is before the court on the report and recommendation of Magistrate Judge John M. Roper entered on March 3, 2014, recommending that defendants' motion to dismiss for failure to exhaust be granted and that the motions to dismiss for failure to serve process and to amend the scheduling order be denied as moot. Plaintiff Curtis D. Knight has not filed objections and the time for doing so has since expired. Having reviewed the report and recommendation, the court concludes that the motions are well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate John M. Roper entered on March 3, 2014, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is ordered that defendants' motion to dismiss for failure to exhaust is granted and that defendants' remaining motions are denied as moot.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 1st day of April, 2014.


                     /s/ Tom S. Lee
                     UNITED STATES DISTRICT JUDGE